IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| INTERCOVE INC., LIME CRUNCH INC., NOW MARKETING SERVICES INC., | ) ) ) CASE NO. 19-CV-1940 ) |
| PLAINTIFFS, | ) ) ) |
| VS. | ) ) |
| ANTTIX INC., and CHRISTOPHER JOHANSEN, | ) Hon. Charles R. Norgle, Sr ) |
| DEFENDANTS. | ) Magistrate Sidney I. Schenkier |

## JUDGMENT IN CIVIL CASE

The Defendants in the above titled matter having made an Offer of Judgment (Fed. R. Civ. Pro. 68) to Plaintiffs in the amount of $15,000.00, and the Defendants having accepted same (Dckt. #24), a Judgment Hereby enters in favor of Plaintiffs and against Defendants, in such amount, inclusive of all fees and costs. The Defendants having paid such amount, in full, which payment is acknowledged by Plaintiffs, such judgment has been satisfied in full, and pursuant to the agreement of the parties, Plaintiffs shall file a release of such judgment forthwith.

Dated: 6-18-20        ENTER: _____