**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| INTERCOVE INC.; <br> LIME CRUNCH INC.; and <br> NOW MARKETING SERVICES INC., <br><br> Plaintiffs, <br><br> v. <br><br> ANTTIX INC.; and CHRISTOPHER JOHANSEN, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Case No. 1:19-cv-01940 <br><br><br><br><br> Hon. Charles R. Norgle, Sr. |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on the 22nd day of June, 2020 in favor of Intercove Inc., Lime Crunch Inc., and Now Marketing Services Inc. ("Plaintiffs"), and against Anttix Inc. and Christopher Johansen ("Defendants") in the amount of **$15,000.00**, and said judgment having been fully paid, and it being certified that there are no outstanding executions with any Sheriff or Marshall;

NOW, THEREFORE, full and complete satisfaction of said judgment is hereby ACKNOWLEDGED, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated:  June 22, 2020                    LAW OFFICE OF RICHARD J. ZITO

                            By:  /s/ Richard J. Zito, Esq._____
                                 Attorney for Plaintiffs/Judgment-Creditor

Richard J. Zito, Esq. (ARDC No. 6291139)
Law Office of Richard J. Zito LLC
200 East Randolph Drive, Suite 5100
Chicago, Illinois 60601
(312) 883-5298
rich@zitolawchicago.com